IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**     Crim. No.  3:00 CR 00008
Plaintiff

Vs.

**CARLOS FIGUEROA CARDONA**
Defendant

## MOTION FOR EARLY RELEASE FROM SRT

**TO THE HONORABLE COURT:**

Comes now,  CARLOS FIGUEROA CARDONA, hereinafter the Petitioner, through counsel, and respectfully states and prays:

1. On April 5, 2002 Petitioner was sentenced in the instant case to serve a prison term of NINETY SIX months and to pay a fine of eighteen thousand dollars ($18,000.00).  A SRT of four years was also imposed.

2. After he served his prison term, Petitioner was released by the BOP and on September 15, 2006 he started to serve his SRT.  During the period of time he has been under the supervision, the Petitioner has benefited from the educational and vocational training and the correctional treatment afforded by the BOP and the USPO.

3. Petitioner has complied with all the conditions that were imposed on him and has observed an excellent conduct.

4. Petitioner has paid in full the $18,000.00 fine that was imposed upon him.

5. Since his release from prison Petitioner has been working as a wood worker in a shop he operates in Espinosa Ward, Dorado,  P. R.

6. Petitioner honestly believes that he is completely rehabilitated and has no further need of supervision. He has been greatly helped by the supervision and assistance he has received from the USPO. However the resources that at the present time are used for his benefit can be dedicated to other individuals that are in more need to be helped than him.

7. 18 U.S.C. Section 3583 (e)(1) authorizes the Court to terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervised release.

WHEREFORE Petitioner CARLOS FIGUEROA CARDONA respectfully prays from the Court to grant the present motion and issue an order granting him early release and discharging him from SR.

Respectfully submitted in San Juan, P. R. this March 6, 2008.

I HEREBY CERTIFY that on this date I have filed this motion with the clerk of the court using the CM/ECF system which will notify all the parties of record in the case.

s/Teodoro Mendez Lebron
**Teodoro Méndez Lebrón**
**USDC-PR 113803**
**Calle Ing. Ramon Ramos 259**
**Urb.Roosevelt, Hato Rey, P.R. 00918**
**TEL. (787) 765-3920  FAX (787) 765-3933**